UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **LELAND FOSTER**, | ) |
| Plaintiff, | ) |
| | ) Case No. 1:23-cv-130 |
| v. | ) |
| | ) |
| **PARKLAND ACQUISITION, LLC**, a Michigan for profit company | ) Judge Paul L Maloney |
| | ) |
| | ) Magistrate Judge Sally J. Berens |
| Defendant. | ) |
| | ) |

| | |
|---|---|
| Owen B. Dunn, Jr. (p66315)<br>Attorneys for Plaintiff<br>The Offices of Unit C<br>6800 W. Central Ave., Suite C-1<br>Toledo, Ohio  43617<br>(419) 241-96612<br>dunnlawoffice@sbcglobal.net | Timothy J. Ryan (P40990)<br>JACKSON LEWIS P.C<br>Attorney for Defendant<br>250 Monroe NW, Suite 400<br>Grand Rapids, MI 49503<br>(616) 940-0241<br>Timothy.ryan@jacksonlewis.com |

**Stipulation and Order of Dismissal**

Pursuant to a confidential Release and Settlement Agreement entered into between the parties, the parties stipulate that this case may be dismissed with prejudice and without costs.  The parties further stipulate that the Court may retain jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

Pursuant to the above Stipulation,

IT IS ORDERED that this matter is dismissed with prejudice, with each party to bear its own attorneys' fees, costs, and expenses.

IT IS FURTHER ORDERED that the Court retains jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

Dated: ___January 23___, 2024

/s/ Paul L. Maloney
Hon. Paul L Maloney
United States District Judge

Stipulated to by:

/s/ Owen B Dunn, Jr.
Owen B. Dunn, Jr. (P66315)
Law Offices of Owen Dunn, Jr.
The Offices of Unit C
6800 W. Central Ave., Suite C-1
Toledo, OH  43611
419-241-9661
dunnlawoffice@sbcglobel.net
Attorney for Plaintiff

/s/ Timothy J. Ryan
Timothy J. Ryan (P40990)
JACKSON LEWIS P.C
Attorney for Defendant
250 Monroe NW, Suite 400
Grand Rapids, MI 49503
(616) 940-0241
Timothy.ryan@jacksonlewis.com